USCA1 Opinion

 

 [NOT FOR PUBLICATION--NOT TO BE CITED AS PRECEDENT]

 United States Court of Appeals
 For the First Circuit
 
 

No. 97-1180

 ALFONSO MENA-ROBLES,

 Plaintiff, Appellant,

 v.

 UNITED STATES OF AMERICA,

 Defendant, Appellee.

 APPEAL FROM THE UNITED STATES DISTRICT COURT

 FOR THE DISTRICT OF PUERTO RICO

 [Hon. Salvador E. Casellas, U.S. District Judge]

 Before

 Boudin, Stahl and Lynch,
 Circuit Judges.
 
 

 Alfonso Mena-Robles on brief pro se.
 Guillermo Gil, United States Attorney, Nelson Perez-Sosa,
Assistant United States Attorney, and Jose A. Quiles-Espinosa,
Assistant United States Attorney, Senior Litigation Counsel, on
brief for appellee.

JUNE 2, 1998

 Per Curiam. We have carefully reviewed the record
 and briefs on appeal and affirm the judgment below. The
 appellant previously challenged the enhancement of his sentence
 on direct appeal, and his purported new evidence was available
 to him, with due diligence, prior to sentencing. See generallySeville v. United States, 451 F.2d 649 (1st Cir. 1971). Denial
 of the 28 U.S.C. 2255 motion without a hearing was proper
 given that the appellant's allegations are insufficient to
 warrant relief. David v. United States, 134 F.3d 470, 477 (1st
 Cir. 1998).
 Affirmed. Loc. R. 27.1.